STATE OF IOWA      )
                   )  ss.
COUNTY OF          )

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DES MOINES DIVISION

| | |
|---|---|
| DAVID WEIHS, GARY WEIHS, and PRESTON POND | ) ) ) |
| Plaintiffs, | ) Case No.:_____ |
| v. | ) ) ) |
| CRAIG WILSON, and PHILIP LANE, | ) ) |
| Defendants. | ) |

## AFFIDAVIT OF DAVID

I, David Weihs, being of lawful age and duly sworn, hereby state and depose on this date of Friday January 02, 2009 as follows:

1. I am a resident of and domiciled in Harlan, Iowa.

2. I am a limited partner in Mariana, LLLP ("Mariana"), holding 20.03 limited liability limited partnership units.

3. I am a member and holder of five (5) units of Fazenda Parceiros, LLC ("Fazenda")

4. A true and correct copy of Fazenda's Operating Agreement is attached hereto as "Exhibit A".

5. As of December 19, 2008 and December 26, 2008, the Members of Fazenda were myself with five (5) units in Fazenda, Richard Burmeister, Tony Smith, Ronald Beach, Preston Pond, Gary Weihs and Defendant Philip Lane, with Richard Burmeister a holder of two (2) units in Fazenda, Tony Smith a holder of two (2) units in Fazenda, Ronald Beach a holder of two (2) units in Fazenda, Preston Pond a holder of two (2) units in Fazenda, Gary Weihs a holder of five (5) units in Fazenda and Defendant Philip Lane a holder of five (5) units in Fazenda. Myself, Gary Weihs and Preston Pond together represent 52.17% of the outstanding

votes (12 out of 23) and 42.86% of the actual number of Members (3 out of 7). Both scenarios allow myself, Gary Weihs and Preston Pond to collectively represent more than 30% of the Members.

6. As of December 19, 2008, and December 26, 2008, I was a Vice President of Fazenda.

7. On of December 19, 2008, myself, Gary Weihs and Preston Pond presented to Fazenda and Fazenda's Secretary Wayne Goedken a written signed request and call for a special Member meeting to vote on the removal of Defendant Lane and Wilson and Director Roy Carver, III. This request was ignored by Defendant Lane even as Fazenda's legal counsel indicated the Directors were required to call for the meeting. I then was requested by Director Gary Weihs to send a notice out for the properly requested meeting.

8. I did attend the purported special Director meeting on December 26, 2008 at 2:00 p.m. Gary Weihs did attend the meeting for the express purpose of objecting to the transaction of any business because the meeting was not lawfully called or convened and he then left the meeting.

9. I am informed and believe that Defendants are actively negotiating the sale of Fazenda and Mariana on proposed terms and conditions that favor Defendants while all but wiping out Plaintiffs' interests.

10. I have read the Petition for Injunctive Relief and the Application for a Temporary Restraining Order and Preliminary Injunction submitted contemporaneously herewith, and the facts set forth therein are true to the best of my knowledge, information and belief.

Further affiant sayeth naught.

(SEAL)

_____
David Weihs

STATE OF IOWA   )
                ) ss.   On this 2nd day of January, 2009, before me
COUNTY          )        appeared David Weihs, to me known to be the person
described in and who executed the foregoing instrument, and acknowledged that he executed
the same as his free act and deed.

    IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal in the County and State aforesaid, the day and year first above written.

_____ - Deputy Clerk
Notary Public