STATE OF IOWA      )
                   ) ss.
COUNTY OF          )

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## DES MOINES DIVISION

| | |
|---|---|
| DAVID WEIHS, GARY WEIHS, and PRESTON POND,<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WILSON, and PHILIP LANE,<br><br>Defendants. | Case No.: _____ |

### AFFIDAVIT OF GARY

I, Gary Weihs, being of lawful age and duly sworn, hereby state and depose on this date of Friday January 02, 2009 as follows:

1. I am a resident of and domiciled in Harlan, Iowa.

2. I am a limited partner in Mariana, LLLP ("Mariana"), holding 106.27 limited liability limited partnership units.

3. I am a member and holder of five (5) units of Fazenda Parceiros, LLC ("Fazenda")

4. A true and correct copy of Fazenda's Operating Agreement is attached hereto as "Exhibit A".

5. As of December 19, 2008 and December 26, 2008, the Members of Fazenda were myself with five (5) units in Fazenda, Richard Burmeister, Tony Smith, Ronald Beach, Preston Pond, David Weihs and Defendant Philip Lane, with Richard Burmeister a holder of two (2) units in Fazenda, Tony Smith a holder of two (2) units in Fazenda, Ronald Beach a holder of two (2) units in Fazenda, Preston Pond a holder of two (2) units in Fazenda, David Weihs a holder of five (5) units in Fazenda and Defendant Philip Lane a holder of five (5) units in Fazenda. Myself, David Weihs and Preston Pond together represent 52.17% of the outstanding

votes (12 out of 23) and 42.86% of the actual number of Members (3 out of 7). Both scenarios allow myself, David Weihs and Preston Pond to collectively represent more than 30% of the Members.

6. As of December 19, 2008, and December 26, 2008, I was a Director of Fazenda.

7. On of December 19, 2008, myself, David Weihs and Preston Pond presented to Fazenda and Fazenda's Secretary Wayne Goedken a written signed request and call for a special Member meeting to vote on the removal of Defendant Lane and Wilson and Director Roy Carver, III. This request was ignored by Defendant Lane even as Fazenda's legal counsel indicated the Directors were required to call for the meeting. I then requested that David Weihs send a notice out to the Members for the properly requested meeting.

8. I did not receive notice of the purported December 26, 2008 special Director meeting by any means or methods set forth in Sections 5.8 and 11.1 of the Operating Agreement. Nor did I attend the meeting to waive my right to notice. I did attend the the meeting but for the express purpose of objecting to the transaction of any business because the meeting was not lawfully called or convened and I then left the meeting.

9. I have attempted to notify by phone both Defendants. I spoke with Defendant Wilson on the morning of January 02, 2008 and indicated to him that he may be contacted by a judge regarding a Temporary Restraining Order. He gave me the phone of 1 816 645 5175 and a fax number of 1 913 390 7034. I did speak with Defendant Lane on 01/01/09 and Defendant Lane stated that he would not cooperate and would not provide a phone number and fax number to be reach at during the day today. His fax number as I know it to be is 1 312 943 1186. Defendant Lane did acknowledge that he was informed we would be attempting to get a Temporary Restraining Order.

10. I am informed and believe that Defendants are actively negotiating the sale of Fazenda and Mariana on proposed terms and conditions that favor Defendants while all but wiping out Plaintiffs' interests.

11. I have read the Petition for Injunctive Relief and the Application for a Temporary Restraining Order and Preliminary Injunction submitted contemporaneously herewith, and the facts set forth therein are true to the best of my knowledge, information and belief.

Further affiant sayeth naught.

(SEAL)

_____
Gary Weihs


STATE OF IOWA   )
                ) ss.   On this 2nd day of January, 2009, before me
COUNTY          )       appeared Gary Weihs, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that he executed the same as his free act and deed.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal in the County and State aforesaid, the day and year first above written.

_____ - Deputy Clerk
Notary Public