UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

ORDER OF DISMISSAL RE: RULE 16

CIVIL NUMBER:

Plaintiff
v



Defendant

With notice given according to Local Rule 41.1(b)(2) and no action taken,

IT IS ORDERED that the above-entitled action is dismissed without prejudice under Local Rule 41.1(b)(1)(D) for failure to file a scheduling report as required by Local Rule 16.

Dated this          day of

CLERK, U.S. DISTRICT COURT

By: _____
Deputy Clerk